B1 (Official Form 1) (1/08)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| **Northern District of Illinois** | |

| Name of Debtor (if individual, enter Last, First, Middle):  **Levine, Bart J.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)  **xxx-xx-6949** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):  **400 Prospect Avenue**  **Highland Park, IL**                   ZIP Code **60035** | Street Address of Joint Debtor (No. and Street, City, and State):                   ZIP Code |
| County of Residence or of the Principal Place of Business:  **Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                   ZIP Code | Mailing Address of Joint Debtor (if different from street address):                   ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Levine, Bart J.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** **/s/ Ariel Weissberg**       **February 10, 2010** <br> Signature of Attorney for Debtor(s)          (Date) <br> **Ariel Weissberg 03125591** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

   ☐ Yes, and Exhibit C is attached and made a part of this petition.

   ■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

   ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

   ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

            _____

            (Name of landlord that obtained judgment)

            _____

            (Address of landlord)

   ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Levine, Bart J.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Bart J. Levine**
Signature of Debtor   **Bart J. Levine**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**February 10, 2010**
Date

### Signature of Attorney*

X **/s/ Ariel Weissberg**
Signature of Attorney for Debtor(s)

**Ariel Weissberg 03125591**
Printed Name of Attorney for Debtor(s)

**Weissberg and Associates, Ltd.**
Firm Name

**401 S. LaSalle St.**
**Suite 403**
**Chicago, IL 60605**

Address

**Email: ariel@weissberglaw.com**
**312-663-0004  Fax: 312-663-1514**
Telephone Number

**February 10, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtupcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re __Bart J. Levine_____    Case No. _____
                                                    Debtor(s)    Chapter    __7__

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Bart J. Levine**
**Bart J. Levine**

Date: **February 10, 2010**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Bart J. Levine**                                                    ,    Case No. _____
                                         Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No.<br><br>**Audi Financial Services<br>Dept. 129601<br>P.O. Box 67000<br>Detroit, MI 48267-1296** | | W | | | Purchase Money SEcurity<br><br>2008 Audi A-4<br><br><br>Value $          **6,000.00** | | | | 7,905.89 | 1,905.89 |
| Account No.<br><br>**Centrust Bank, N.A.<br>385 Waukegan Road<br>Northbrook, IL 60062** | X | - | | | Second Mortgage<br><br>**400 Prospect Avenue, Highland Park, Illinois, 60035-3332**<br><br>Value $       **1,210,000.00** | | | | 745,820.64 | 0.00 |
| Account No. **xxxxxx0229**<br><br>**The Northern Trust Company<br>50 South LaSalle Street<br>Chicago, IL 60675** | | J | | | First Mortgage<br><br>**400 Prospect Avenue, Highland Park, Illinois, 60035-3332**<br><br>Value $       **1,210,000.00** | | | | 461,563.00 | 0.00 |
| Account No.<br><br><br><br> | | | | | <br><br><br><br>Value $ | | | | | |

|  |  |
|---|---|
| **0** continuation sheets attached | Subtotal<br>(Total of this page) |

| | AMOUNT OF CLAIM | UNSECURED PORTION |
|---|---|---|
| Subtotal (Total of this page) | 1,215,289.53 | 1,905.89 |
| Total (Report on Summary of Schedules) | 1,215,289.53 | 1,905.89 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07)

.

In re  **Bart J. Levine**                                                                              ,    Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>     1     </u>    continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re **Bart J. Levine**                                                                    ,          Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Real Estate Taxes** | | | | | | |
| **Lake County Collector Bldg. A 18 N. County State Rd., Room 102 Waukegan, IL 60085-4361** | - | | | | | | **46,000.00** | **0.00** | **46,000.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | **46,000.00** | **0.00** **46,000.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **46,000.00** | **0.00** **46,000.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re __Bart J. Levine__ _____, Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A-3 Service Agency, Ltd.** 3125 Commercial Avenue Northbrook, IL 60062 | X | J | Business Debt | | | | 50,000.00 |
| Account No. x7738 **American National Sprinkler & Light** 924 Turret Court Mundelein, IL 60060 | | J | Business Debt | | | | 137.15 |
| Account No. xxxxx1576 **AmeriCredit** 4001 Emabarcadero Arlington, TX 76014 | | H | 2001 Chevy Blazer Repossessed | | | | 1,643.26 |
| Account No. xxxxxxxxx2287 **AT&T** P.O. Box 8100 Aurora, IL 60507-8100 | X | - | Telephone | | | | 591.66 |
| | | | Subtotal (Total of this page) | | | | 52,372.07 |

__12__ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:23645-091215    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Bart J. Levine**_____,    Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Expense | | | | |
| Bank Direct Capital Finance c/o Stuart Allan & Associates, Inc. 5447 E. 5th Street, Suite 110 Tucson, AZ 85711-2345 | X | - | | | | | | 653.21 |
| Account No. | | | | Medical Bills | | | | |
| Bloch, Arthur H. M.D. 735 St. Johns Avenue, Suite 200 Highland Park, IL 60035 | | - | | | | | | Unknown |
| Account No. | | | | Legal Fees | | | | |
| Bohrer, David 450 Skokie Blvd., Suite 502 Northbrook, IL 60062 | | J | | | | | | 12,024.94 |
| Account No. | | | | | | | | |
| Bureau Veritas Hong Kong, Ltd. 1/F Pacific Trade Center 2 Kai Hing Road Kowloon Bay, Hong Kong | X | - | | | | | | 848.00 |
| Account No. | | | | Business Debt | | | | |
| Central Warehouse c/o Stein & Rotman 105 W. Madison St. Chicago, IL 60602-5375 | X | H | | | | | | 13,570.11 |

Sheet no. __1___ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **27,096.26**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bart J. Levine**                                                    Case No. _____
                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxxxx7572** | | | **Business Expense** | | | | |
| **Chase Bank** **c/o American Coradius International** **2420 Sweet Home Road, Suite 150** **Amherst, NY 14228-2244** | X | - | | | | | 651.43 |
| Account No. **xxxx xxxx xxxx 7792** | | | **Credit Card** | | | | |
| **CitiBusiness Platinum Select** **P.O. Box 688901** **Des Moines, IA 50368-8901** | | J | | | | | 4,376.15 |
| Account No. **xxxxxx-x//xxx9869** | | | **Ambulance Service** | | | | |
| **City of Chicago** **c/o VMC Collection Agency** **33589 Treasury Center** **Chicago, IL 60694** | | J | | | | | 150.00 |
| Account No. | | | **Legal Bills** | | | | |
| **Cohen Raizes & Regal, LLP** **208 S. LaSalle St., Suite 1860** **Chicago, IL 60604-1166** | X | J | | | | | 13,325.50 |
| Account No. **xxxxxxxxxx5905** | | | **Return Check Fee** | | | | |
| **CVS** **c/o Dynamic Recovery Solutions** **400 Prospect Avenue** **Highland Park, IL 60035** | | J | | | | | 25.00 |

Sheet no. __2___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,528.08

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bart J. Levine**                                                    , Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0056** | | | Credit Card | | | | |
| **Discover Card PO Box 6103 Carol Stream, IL 60197-6103** | | J | | | | | 6,982.10 |
| Account No. **xxx xx1868** | | | Medical Bills | | | | |
| **Diversified Emergency Services P.O. Box 366 Hinsdale, IL 60522** | | J | | | | | 842.00 |
| Account No. | | | Business Debt | | | | |
| **Expo Guide S. de R.L. de C.V. Apartado Postal No. 39-064 Mexico   15621** | X | J | | | | | 1,571.00 |
| Account No. | | | Medical Bills | | | | |
| **Fialkow, Neil J., M.D. 494 Central Avenue Northfield, IL 60093** | | - | | | | | 4,825.00 |
| Account No. | | | Medical Bills | | | | |
| **Glaser, Mitchell, J.D. 1101 W. Adams St., Suite B Chicago, IL 60607-2974** | | J | | | | | 77.00 |

Sheet no. __3__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **14,297.10**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bart J. Levine**                                                                 ,          Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> HSBC Bank <br> P.O. Box 17313 <br> Baltimore, MD 21297 | - | | Credit Card | | | | 1,500.00 |
| Account No. <br><br> Laundau, Mark J., DDS <br> c/o David Bohrer, Esq. <br> 450 Skokie Blvd., Suite 502 <br> Northbrook, IL 60062 | | J | Arbitration Award 1/7/10 | | | | 12,024.94 |
| Account No. <br><br> Lindholm Roofing <br> 3588 NJ. Milwaukee Avenue <br> Chicago, IL 60641 | | J | Business Debt | | | | 2,341.00 |
| Account No. xxxxxxxx8145 <br><br> Mercy Medical Center <br> c/o CBCS <br> P.O. Box 165025 <br> Columbus, OH 43216-5025 | | J | Medical Bills | | | | 192.47 |
| Account No. xxx4083 <br><br> Midwest Neuropsychiatric Ass. <br> 1725 West Harrison St., Suite 744 <br> Chicago, IL 60612 | | J | Medical Bills | | | | 896.00 |

Sheet no. __4__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,954.41

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Bart J. Levine**                                                                          ,     Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Morrison & Morrison** <br>**32 North West Street** <br>**Waukegan, IL 60085** | X | J | Legal Fees | | | | 16,901.52 |
| Account No. **xxxx8425** <br><br>**MRS** <br>**1930 Olney Avenue** <br>**Cherry Hill, NJ 08003** | | J | Credit Card | | | | 2,827.00 |
| Account No. **xxxx xxxx xxxx 0651** <br><br>**National City** <br>**PO Box 856177** <br>**Louisville, KY 40285-6177** | | J | Credit Card | | | | 9,535.35 |
| Account No. **xxxxxxxxxxxx0687** <br><br>**National City-PNC** <br>**P.O. Box 856177** <br>**Louisville, KY 40285-6177** | | - | Line of Credit | | | | 16,858.44 |
| Account No. <br><br>**Neiman Marcus** <br>**PO Box 5235** <br>**Carol Stream, IL 60197-5235** | | W | Credit Card | | | | 1,247.31 |

Sheet no. __5___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    47,369.62

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bart J. Levine** _____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx7161** <br><br> **Nicor Gas** <br> **P.O. Box 2020** <br> **Aurora, IL 60507** | X | - | **Business Expense** | | | | 353.38 |
| Account No. **xxx4240** <br><br> **Nordstrom Bank** <br> **PO Box 79134** <br> **Phoenix, AZ 85062** | | J | **Credit Card** | | | | 1,810.12 |
| Account No. <br><br> **Norman G.Jensen, Inc.** <br> **c/o Abrams & Abrams P.C.** <br> **180 W. Washington St., Suite 910** <br> **Chicago, IL 60602** | X | H | **Business Debt** | | | | 16,785.01 |
| Account No. **xxxxxxxx9867** <br><br> **North Shore Gas** <br> **P.O. Box A3991** <br> **Chicago, IL 60690-3991** | | J | **Utilities** | | | | 1,729.86 |
| Account No. **xx8338** <br><br> **North Shore Memorial Physicians** <br> **75 Remittance Drive, Unit 1293** <br> **Chicago, IL 60675-1293** | | J | **Medical Bills** | | | | 50.40 |

Sheet no. __6__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **20,728.77**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bart J. Levine**
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxx-xx6606** | | | | Refuse | | | | |
| North Shore Sanitary District P.O. Box 2140 Bedford Park, IL 60499-2140 | | W | | | | | | 196.05 |
| Account No. **xxx1429** | | | | Medical Bills | | | | |
| North Shore University Health Syste 4901 Searle Parkway, Suite 330 Skokie, IL 60077 | | | J | | | | | 1,900.52 |
| Account No. **xxxxxxxx xxx xxxxx6328** | | | | Medical Bills | | | | |
| North Shore University HealthSystem 9532 Eagle Way Chicago, IL 60678 | | | J | | | | X | 302.00 |
| Account No. **xxxx7970** | | | | Medical Bills | | | | |
| NorthShore University HealthSystem Van Ru Credit Corporation 1350 E. Touhy Ave., Suite 100E Des Plaines, IL 60018-3307 | | | J | | | | | 274.00 |
| Account No. **xxxxxxx-8187** | | | | Medical Bills | | | | |
| NorthShore University HealthSystem c/o Pinnacle Management Services 514 Market Loop, Suite 103 West Dundee, IL 60118 | | | J | | | | | 532.94 |

Sheet no. __7__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **3,205.51**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bart J. Levine** ,                                             Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx7329**<br><br>NorthShore University HealthSystem<br>Van Ru Credit Corporation<br>1350 E. Touhy Ave., Suite 100E<br>Des Plaines, IL 60018-3307 | | | J | Medical Bills | | | | 1,093.00 |
| Account No. **xx7949**<br><br>NorthShore University HealthSystem<br>c/o Pinnacle Management Services<br>514 Market Loop, Suite 103<br>West Dundee, IL 60118 | | | J | Medical Bills | | | | 343.74 |
| Account No. **xx-xxx7671**<br><br>Northshore Unviersity Health System<br>9851 Eagle Way<br>Chicago, IL 60678-0001 | | | J | Medical Bills | | | | 51.00 |
| Account No.<br><br>Old Dominion Freight Line<br>c/o McCarthy, Burgess & Wolff<br>2600 Cannon Road<br>Cleveland, OH 44146 | X | H | | Business Expense | | | | 4,217.21 |
| Account No. **xxTQ57**<br><br>Penske Truck Leasing Waukegan<br>c/o Baker, Govern & Baker<br>7771 W. Oakland Park Blvd., Suite 2<br>Fort Lauderdale, FL 33351 | X | - | | Business Expense | | | | 3,457.55 |

Sheet no. __8__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,162.50

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bart J. Levine**                                                                          ,     Case No. _____
                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **Accounting Services** | | | | |
| **PGB Financial Services, Ltd.** **666 Dundee Road, Suite 401** **Northbrook, IL 60062** | X | | J | | | | | 1,340.00 |
| Account No. **xxxxxxx-9106** | | | | **Medical Bills** | | | | |
| **Pinnacle Management Services** **514 Market Loop, Suite 103** **West Dundee, IL 60118** | | | J | | | | | 241.69 |
| Account No. | | | | **Legal Fees** | | | | |
| **Pozin, Mendy, L., Esq.** **3149 Dundee Road, Suite 284** **Northbrook, IL 60062** | | | J | | | | | 921.26 |
| Account No. **x1885** | | | | **Medical Bills** | | | | |
| **Ravina Associates in Internal Medic** **1777 Green Bay Road, Suite 201** **Highland Park, IL 60035-3109** | | | J | | | | | 156.23 |
| Account No. | | | | **Business Expense** | | | | |
| **Reed Business Information** **P.O. Box 2087** **Carol Stream, IL 60132** | X | | - | | | | | 1,500.00 |

Sheet no. __9___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **4,159.18**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bart J. Levine** _____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Rick Tivers & Associates**<br>**633 Skokie Blvd., Suite 260**<br>**Northbrook, IL 60062** | | J | **Medical Bills** | | | | 9,848.07 |
| Account No. **xxxxxxxx2002**<br><br>**Rush University Medical Center**<br>**c/o Nationwide Credit & Collection**<br>**815 Commerce Dr., Suite 100**<br>**Oak Brook, IL 60523** | | J | **Medical Bills** | | | X | 5,499.00 |
| Account No.<br><br>**Saks Fifth Avenue**<br>**PO Box 10327**<br>**Jackson, MS 39289-0327** | | W | **Credit Card** | | | | 8,612.89 |
| Account No.<br><br>**Shayer, Charles M. & Co.**<br>**c/o NACM Colorado**<br>**777 S. Wadsworth Blvd., Suite 2-10**<br>**Lakewood, CO 80226** | X | - | **Business Expense** | | | | 1,266.16 |
| Account No. **xxxxx-xSME1**<br><br>**SME Pathologists, Inc.**<br>**P.O. Box 3133**<br>**Indianapolis, IN 46206-3133** | | J | **Medical Bills** | | | | 143.00 |

Sheet no. __10__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | 25,369.12

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __Bart J. Levine__ _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx6095** | | | **Medical Bills** | | | | |
| **St. Mary of Nazareth Hospital c/o Illinois Collection Service P.O. Box 1010 Tinley Park, IL 60477-9110** | | J | | | | | **3,080.00** |
| Account No. **xxx3443** | | | **Credit Card** | | | | |
| **Target National Bank P.O. Box 59317 Minneapolis, MN 55459-0317** | | J | | | | | **5,154.53** |
| Account No. | | | | | | | |
| **Tru Home USA, LLC 3060 Commercial Drive Northbrook, IL 60062** | - | | | | | X | **Unknown** |
| Account No. **xxxxxxxxxx0001** | | | **Utilities** | | | | |
| **Verizon Wireless c/o EOS CCA 700 Longwater Drive Norwell, MA 02061** | | J | | | | | **468.82** |
| Account No. **xxxx815a** | | | **Medical Bills** | | | | |
| **Village Imaging & Professional c/o KCA Financial Services, Inc. 628 North Street Geneva, IL 60134-1356** | | J | | | | | **84.00** |

Sheet no. __11__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **8,787.35**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bart J. Levine**                                                            ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx2804**<br><br>**Volkswagen Credit**<br>**P.O. Box 7498**<br>**Libertyville, IL 60048-7498** | - | | **2005 Audi A6 (returned)** | | | | **6,039.38** |
| Account No.<br><br>**Woodside, Honore, DDS**<br>**9933 Lawler Avenue Skokie**<br>**Skokie, IL 60077** | - | | **Medical Bills** | | | | **356.00** |
| Account No. **xxxx3874**<br><br>**Zhongshan Xinliani Products**<br>**c/o Weltman, Weinberg & Reis**<br>**323 W. Lakeside Av., Suite 200**<br>**Cleveland, OH 44113-1099** | X | H | **Business Expense** | | | | **49,439.80** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __12__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **55,835.18**

Total
(Report on Summary of Schedules)  **303,865.15**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Bart J. Levine**                                                    Case No.   _____

_____   Chapter   **7**   _____
                                        Debtor(s)


# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR


I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**29**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **February 10, 2010**                        Signature   **/s/ Bart J. Levine**
                                                                _____
                                                                **Bart J. Levine**
                                                                Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.


Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

A-3 Service Agency, Ltd.
3125 Commercial Avenue
Northbrook, IL 60062


Alliant Law Group, PC
2860 Zanker Road, Suite 105
San Jose, CA 95134


American National Sprinkler & Light
924 Turret Court
Mundelein, IL 60060


AmeriCredit
4001 Emabarcadero
Arlington, TX 76014


AT&T
P.O. Box 8100
Aurora, IL 60507-8100


Audi Financial Services
Dept. 129601
P.O. Box 67000
Detroit, MI 48267-1296


Bank Direct Capital Finance
c/o Stuart Allan & Associates, Inc.
5447 E. 5th Street, Suite 110
Tucson, AZ 85711-2345


Bloch, Arthur H. M.D.
735 St. Johns Avenue, Suite 200
Highland Park, IL 60035


Bohrer, David
450 Skokie Blvd., Suite 502
Northbrook, IL 60062


Bureau Veritas Hong Kong, Ltd.
1/F Pacific Trade Center
2 Kai Hing Road
Kowloon Bay, Hong Kong

Central Warehouse
c/o Stein & Rotman
105 W. Madison St.
Chicago, IL 60602-5375


Centrust Bank, N.A.
385 Waukegan Road
Northbrook, IL 60062


Chase Bank
c/o American Coradius International
2420 Sweet Home Road, Suite 150
Amherst, NY 14228-2244


CitiBusiness Platinum Select
P.O. Box 688901
Des Moines, IA 50368-8901


City of Chicago
c/o VMC Collection Agency
33589 Treasury Center
Chicago, IL 60694


Cohen Raizes & Regal, LLP
208 S. LaSalle St., Suite 1860
Chicago, IL 60604-1166


CVS
c/o Dynamic Recovery Solutions
400 Prospect Avenue
Highland Park, IL 60035


Discover Card
PO Box 6103
Carol Stream, IL 60197-6103


Diversified Emergency Services
P.O. Box 366
Hinsdale, IL 60522


Expo Guide S. de R.L. de C.V.
Apartado Postal No. 39-064
Mexico 15621

Fialkow, Neil J., M.D.
494 Central Avenue
Northfield, IL 60093


Glaser, Mitchell, J.D.
1101 W. Adams St., Suite B
Chicago, IL 60607-2974


HSBC Bank
P.O. Box 17313
Baltimore, MD 21297


J.C. Christensen and Associates
P.O. Box 519
Sauk Rapids, MN 56379


Lake County Collector Bldg. A
18 N. County State Rd., Room 102
Waukegan, IL 60085-4361


Laundau, Mark J., DDS
c/o David Bohrer, Esq.
450 Skokie Blvd., Suite 502
Northbrook, IL 60062


Leading Edge Recovery Solutions
P.O. Box 129
Linden, MI 48451-0129


Lindholm Roofing
3588 NJ. Milwaukee Avenue
Chicago, IL 60641


Mercy Medical Center
c/o CBCS
P.O. Box 165025
Columbus, OH 43216-5025


Midwest Neuropsychiatric Ass.
1725 West Harrison St., Suite 744
Chicago, IL 60612


Morrison & Morrison
32 North West Street
Waukegan, IL 60085

```
MRS
1930 Olney Avenue
Cherry Hill, NJ 08003


National City
PO Box 856177
Louisville, KY 40285-6177


National City-PNC
P.O. Box 856177
Louisville, KY 40285-6177


Neiman Marcus
PO Box 5235
Carol Stream, IL 60197-5235


Nicor Gas
P.O. Box 2020
Aurora, IL 60507


Nordstrom Bank
PO Box 79134
Phoenix, AZ 85062


Norman G.Jensen, Inc.
c/o Abrams & Abrams P.C.
180 W. Washington St., Suite 910
Chicago, IL 60602


North Shore Gas
P.O. Box A3991
Chicago, IL 60690-3991


North Shore Memorial Physicians
75 Remittance Drive, Unit 1293
Chicago, IL 60675-1293


North Shore Sanitary District
P.O. Box 2140
Bedford Park, IL 60499-2140


North Shore University Health Syste
4901 Searle Parkway, Suite 330
Skokie, IL 60077
```

North Shore University HealthSystem
9532 Eagle Way
Chicago, IL 60678


NorthShore University HealthSystem
Van Ru Credit Corporation
1350 E. Touhy Ave., Suite 100E
Des Plaines, IL 60018-3307


NorthShore University HealthSystem
c/o Pinnacle Management Services
514 Market Loop, Suite 103
West Dundee, IL 60118


Northshore Unviersity Health System
9851 Eagle Way
Chicago, IL 60678-0001


Old Dominion Freight Line
c/o McCarthy, Burgess & Wolff
2600 Cannon Road
Cleveland, OH 44146


Penske Truck Leasing Waukegan
c/o Baker, Govern & Baker
7771 W. Oakland Park Blvd., Suite 2
Fort Lauderdale, FL 33351


PGB Financial Services, Ltd.
666 Dundee Road, Suite 401
Northbrook, IL 60062


Pinnacle Management Services
514 Market Loop, Suite 103
West Dundee, IL 60118


Pozin, Mendy, L., Esq.
3149 Dundee Road, Suite 284
Northbrook, IL 60062


Ravina Associates in Internal Medic
1777 Green Bay Road, Suite 201
Highland Park, IL 60035-3109

Reed Business Information
P.O. Box 2087
Carol Stream, IL 60132


Resurgent Capital Services LP
P.O. Box 10525
Greenville, SC 29603


Rick Tivers & Associates
633 Skokie Blvd., Suite 260
Northbrook, IL 60062


Rush University Medical Center
c/o Nationwide Credit & Collection
815 Commerce Dr., Suite 100
Oak Brook, IL 60523


Saks Fifth Avenue
PO Box 10327
Jackson, MS 39289-0327


Shayer, Charles M. & Co.
c/o NACM Colorado
777 S. Wadsworth Blvd., Suite 2-10
Lakewood, CO 80226


SME Pathologists, Inc.
P.O. Box 3133
Indianapolis, IN 46206-3133


St. Mary of Nazareth Hospital
c/o Illinois Collection Service
P.O. Box 1010
Tinley Park, IL 60477-9110


Target National Bank
P.O. Box 59317
Minneapolis, MN 55459-0317


The Northern Trust Company
50 South LaSalle Street
Chicago, IL 60675

Tru Home USA, LLC
3060 Commercial Drive
Northbrook, IL 60062


Tru Home USA, LLC
3060 Commercial Avenue
Northbrook, IL 60062


Verizon Wireless
c/o EOS CCA
700 Longwater Drive
Norwell, MA 02061


Village Imaging & Professional
c/o KCA Financial Services, Inc.
628 North Street
Geneva, IL 60134-1356


Volkswagen Credit
P.O. Box 7498
Libertyville, IL 60048-7498


William, Charles & Scott, Ltd.
2171 Jericho TPKE-LL1
Commack, NY 11725


Woodside, Honore, DDS
9933 Lawler Avenue Skokie
Skokie, IL 60077


Zhongshan Xinliani Products
c/o Weltman, Weinberg & Reis
323 W. Lakeside Av., Suite 200
Cleveland, OH 44113-1099